UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZHI LI AND LUXIU SUN, individually and
on behalf of all other Employees similarly
situated,

                Plaintiffs,

                ORDER

   -against-

                19-CV-5309 (PGG)(KNF)

SMJ CONSTRUCTION INC., STEVE KANG,
JANE DOE and JOHN DOE #1-10,

                Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This case has been referred to the undersigned for an inquest in order to determine the amount of damages and attorneys' fees, if any, that should be awarded to the plaintiffs against defendants SMJ Construction Inc. and Steve Kang.

      Accordingly, IT IS HEREBY ORDERED that, on or before January 11, 2021, the plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The plaintiffs must serve these documents on SMJ Construction Inc. and Steve Kang, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before February 10, 2021, SMJ Construction Inc. and Steve Kang shall prepare and file any opposing memoranda, affidavits, and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiffs.

Dated:  New York, New York         SO ORDERED:
         December 11, 2020

                                    _____
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE