UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZHI LI AND LUXIU SUN, individually and on :
behalf of others similarly situated,
                                                             :
              Plaintiffs,
                                                             :
       -against-                                                **ORDER**
                                                             :
SMJ CONSTRUCTION INC., STEVE KANG,            19-CV-5309 (R (KNF)
 JANE DOE AND JOHN DOE #1-10,                :

              Defendants.                    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

   On December 11, 2020, the Court directed the plaintiffs to file and serve the defendants with their inquest materials and "file proof of such service with the Clerk of Court." Docket Entry No. 30. The plaintiffs filed their inquest submissions but not a proof of service. On or before July 23, 2021, the plaintiffs shall file a proof of service, as directed by the December 11, 2020 order.

Dated:  New York, New York                SO ORDERED:
        July 20, 2021

                                          _____
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE