**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZHI LI and LUXIU SUN, individually and on
behalf of all others similarly situated,

                Plaintiff,                                19 **CIVIL** 5309 (PGG)(JW)

      -against-                                 **JUDGMENT**

SMJ CONSTRUCTION INC., STEVE KANG,
JANE DOE and JOHN DOE #1-10,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2022, this Court has adopted Judge Fox's R&R. Plaintiff Li is awarded $48,630 in damages, Plaintiff Sun is awarded $1,212.84 in damages, and Plaintiffs are awarded $4,625 in attorney's fees. Defendants are jointly and severally liable to Plaintiffs; accordingly, the case is closed.

**Dated:**  New York, New York
           September 27, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                     **BY:**    *K. Mango*

                                                                         **Deputy Clerk**